IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Pam Aschenbrenner, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV153 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| Hayley Bacon, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV155 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| Brian Burns, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV156 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| Lonny Evans, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV157 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |

| | | |
|---|---|---|
| Debra Meredith, )<br>　　　　　　　　Plaintiff, )<br>　　v. )<br>Dolgencorp, Inc., et al., )<br>　　　　　　　　Defendant. )<br>_____ | 8:10CV158<br><br>Reassignment Order | |

| | | |
|---|---|---|
| Theresa Carlin, )<br>　　　　　　　　Plaintiff, )<br>　　v. )<br>Dolgencorp, Inc., et al., )<br>　　　　　　　　Defendant. )<br>_____ | 8:10CV159<br><br>Reassignment Order | |

| | | |
|---|---|---|
| Nancy Newton, )<br>　　　　　　　　Plaintiff, )<br>　　v. )<br>Dolgencorp, Inc., et al., )<br>　　　　　　　　Defendant. )<br>_____ | 8:10CV160<br><br>Reassignment Order | |

| | | |
|---|---|---|
| Donald Robinson, )<br>　　　　　　　　Plaintiff, )<br>　　v. )<br>Dolgencorp, Inc., et al., )<br>　　　　　　　　Defendant. )<br>_____ | 8:10CV161<br><br>Reassignment Order | |

| | | |
|---|---|---|
| Lachelle Robinson, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV162 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| Ann Rumbaugh, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV163 |
| | ) | |
| v. | ) | |
| | ) | Reassignment Order |
| Dolgencorp, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

_____

    Upon review, the court finds that the cases listed above are related. Accordingly, IT IS ORDERED that the above cases are reassigned to District Judge Laurie Smith Camp and Magistrate Judge F.A. Gossett, III pursuant to NEGenR 1.4(a)(4)(B) for both pretrial supervision and disposition.

    DATED this 30th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge